

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 17, 2022

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

> Application granted. The Court dismisses, on consent, specifications 1-5 of the violation of supervised release report. Mr. Brown's term of supervised release shall expire on August 22, 2022. The conference scheduled for August 19, 2022 is hereby canceled.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> August 18, 2022

Re:   *United States v. Sean Brown*, 18 Cr. 89 (RA)

Dear Judge Abrams:

      The Government respectfully writes to request, on behalf of the Probation Office and the parties, that defendant Sean Brown's pending violations of supervised release be dismissed and that his term of supervision expire on its scheduled date of August 22, 2022.  On April 1, 2022, the Probation Office filed a report with five violation specifications, four of which were based on the defendant's state charges in January 2022 for a narcotics offense and one of which involved the defendant's use of cocaine on two occasions in July 2021 and March 2022.  The Government has conferred with the Assistant District Attorney who is in charge of prosecuting the state charges and who advised that those charges have been adjourned in contemplation of a dismissal.  The Government also has conferred with the Probation Office who has advised that the defendant has been compliant, since the Probation Office filed its report, that the Probation Office would prefer for the pending specifications to be dismissed and that the defendant's term of supervision expire on August 22, 2022 as scheduled.  The Government therefore requests, with the consent of defense, that the five specifications identified in the April 1, 2022 violation of supervised release report be dismissed.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:      /s/_____
      Elinor L. Tarlow
      Assistant United States Attorney
      (212) 637-1036

cc: Defense counsel (via ECF)